1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>     v.<br><br>MARK TAPLIN and TOYA FULLER,<br><br>        Defendants. | No. CV 11-10120 PA (JEMx)<br><br>JUDGMENT IN INTERPLEADER |
|---|---|

      In accordance with the Court's May 3, 2012 Order granting the Motion for Release and Discharge filed by plaintiff Metropolitan Life Insurance Company ("MetLife"),

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

      1.    MetLife, Kaiser Permanente, Kaiser Foundation Health Plan, Inc., and Kaiser Permanente Group Insurance Plan (the "Plan") shall each be discharged with prejudice from all liability and obligations arising out of the death of decedent Gloria J. Fuller ("Decedent"), Decedent's participation in the Plan and/or Decedent's death benefits otherwise due under the Plan;

      2.    Defendants Mark E. Taplin ("Taplin") and Toya Fuller ("Fuller"), and each of them, their agents, attorneys or assigns, shall be enjoined perpetually and restrained from instituting any suit at law or equity, or action of any kind whatsoever, against MetLife, Kaiser Permanente, Kaiser Foundation Health Plan, Inc., and/or the Plan with regard to

death of Decedent, Decedent's participation in the Plan and/or Decedent's death benefits otherwise due under the Plan;

3. The Clerk shall continue to hold all sums placed in interpleader by MetLife in an interest bearing account pending further order of the Court;

4. MetLife is dismissed from this action with prejudice;

5. MetLife is released from any obligation to make any further court appearances or file further papers in this matter.

IT IS SO ORDERED.

DATED: May 3, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE